GOODRUM ET AL VS BUFFALO.

Opinion delivered Sept. 26, 1907.

(104 S. W. Rep. 944).

Error to the United States Court for the Northern District of the Indian Territory; before Justice Wm. R. Lawrence, March 8, 1905.

Action by Arthur Buffalo against C. D. Goodrum and others. From the judgment, defendants bring error. Affirmed.

*L. F. Parker, Jr., and Wilson & Davis,* for plaintiffs in error.

*W. H. Kornegay, W. S. Stanfield, and O. H. Graves,* for defendant in error.

CLAYTON, J. Except as to the land involved, and a portion of the plaintiffs in error, this case is identical with that of C. D. Goodrum et al vs Arthur Buffalo (No. 670) 104 S. W. 942, this day decided by this court; and the opinion in that case is here referred to and adopted as the opinion in this case.

For the reasons stated in said opinion, the judgment of the court below is affirmed.

GILL, C. J., and TOWNSEND, J., concur.